IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| Dewayna Mosely-Pitts, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-cv-799 |
| ) | |
| Credit Management, L.P., a Nevada ) | Judge Herndon |
| limited partnership, ) | |
| ) | |
|    Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court dismiss her claims against the Defendant, without prejudice, but with leave to reinstate by September 29, 2017.

Dated:  August 17, 2017

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps  (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

## CERTIFICATE OF SERVICE

  I hereby certify that on August 17, 2017, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on August 17, 2017.

Chris Meier, Esq.
General Counsel & Chief Compliance Officer
The CMI Group, Inc.
4200 International Parkway
Carrollton, Texas 75007

/s/ David J. Philipps_____

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com