IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dewayna Mosley-Pitts, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  3:17-cv-799-DRH-RJD |
| ) | |
| Credit Management, L.P., a Nevada ) | |
| limited partnership, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the

dismissal of her claims against the Defendant, with prejudice.

Dated: August 29, 2017

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2017 a copy of the foregoing Notice **of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on August 29, 2017, by 5:00 p.m.

Chris Meier, General Counsel
    & Chief Compliance Officer
Credit Management, L.P.
4200 International Parkway
Carrollton, Texas 75007

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com